Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MCKAIN, | ) Case No. 5:09-CV-05952 HRL |
| Plaintiff, | ) <br> ) **NOTICE OF DISMISSAL WITH** <br> ) **PREJUDICE** |
| vs. | ) <br> ) |
| FMA ALLIANCE, LTD., | ) <br> ) |
| Defendant. | ) <br> ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 25th day of January, 2010.

By: **s/Todd M. Friedman**
       **Todd M. Friedman, Esq.**
       **Attorney for Plaintiff**

Notice of Dismissal - 1

Filed electronically on this 25th day of January, 2010, with:

United States District Court CM/ECF system

And hereby served upon all parties

By: s/Todd M. Friedman
     Todd M. Friedman